BOOTH
*v.*
MCFARLAND.

## BELL *v.* MCFARLAND.

APPEAL from the District Court of Madison, *Curry*, J.  The judgment of the court was pronounced by

ROST, J.  This suit is in all respects similar to that of *Booth* v. *McFarland*, just determined ; and for the reasons therein given, the judgment in this case is affirmed, with costs.

*Shannon*, *Stacy* and *Sparrow*, for the plaintiff.  *Dunlap* and *Snyder*, for the appellant.